UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE A KAATZ,

    Plaintiff,                                     Case No. 14-cv-12937-AJT-RSW

-vs-                                                Hon. Arthur J. Tarnow

CHICKY'S PARADISE SALOON, INC.,
a Michigan corporation, STACY BRYANT,
an individual, and RODNEY POLANSKY,
an individual,

    Defendants.
    _____/

## STIPULATION OF DISMISSAL

The above-entitled cause having been amicably adjusted between the parties hereto;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above captioned parties that this case be dismissed with prejudice and without costs or attorney fees as to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that this dismissal resolves the last pending claim and closes the case.

*/s/ Teresa J. Gorman w/consent*                */s/ Terry S. Welch*
Teresa J. Gorman (P61001)                   Terry S. Welch (P27737)
*Attorneys for Plaintiff*                           *Attorneys for Defendants*

## ORDER OF DISMISSAL

In accordance with a stipulation to that effect;

IT IS HEREBY ORDERED that the above captioned matter be and same hereby is dismissed with prejudice and without costs or attorney fees as to any of the parties hereto.

IT IS FURTHER HEREBY ORDERED that this dismissal resolves the last pending claim and closes the case.

Dated: November 12, 2015                                   s/Arthur J. Tarnow
                                                          U.S. District Court Judge

3264898_1

SECREST WARDLE